UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 13-60951 CV Marra

FRANKLI CAMILO CRUZ

    Plaintiff

v.

ENHANCED RECOVERY COMPANY LLC

    Defendant
_____/

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY PROVIDED that the parties have settled all matters herein and have reached agreements on all matters in Plaintiff's Complaint to both parties' satisfaction.

The Plaintiff respectfully requests that this Court allow an additional thirty (30) days in which to complete settlement, and to stay or postpone any pending deadlines during said time period.

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been uploaded to the CM/ECM System on this ___ day of June 2013 and provided via email to Ginny Rodriguez, Enhanced Recovery Company LLC, grodriguez@erccollections.com.

Respectfully Submitted by:

Jason Weaver Esq.
FBN/0392596
Jason Weaver P.A.
3531 Griffin Rd.
Ft. Lauderdale, FL 33312
(954) 987-0515/ (954) 964-3764 (fax)
jason@jasonweaverpa.com