UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 13-60951 CV Marra

FRANKLI CAMILO CRUZ

    Plaintiff

v.

ENHANCED RECOVERY COMPANY LLC

    Defendant
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been uploaded to the CM/ECM System on this 2 day of July 2013 and provided via email to Ginny Rodriguez, Enhanced Recovery Company LLC, grodriguez@erccollections.com.

Respectfully Submitted by:

Jason Weaver Esq.
FBN 0392596
Jason Weaver P.A.
3531 Griffin Rd.
Ft. Lauderdale, FL 33312
(954) 987-0515/ (954) 964-3764 (fax)
jason@jasonweaverpa.com