UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-60951-CIV-MARRA

FRANKLI CAMILO CRUZ

    Plaintiff,

v.

ENHANCED RECOVERY
COMPANY LLC,

    Defendant.
_____/

## DISMISSAL ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal **[DE 8]**, entered on July 3, 2013. The Court has carefully reviewed the record herein and is otherwise fully advised in the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs. The Clerk of this Court shall **CLOSE** this Case. All pending motions are **DENIED AS MOOT** with each party to bear its own costs.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 3rd day of July, 2013.

_____
KENNETH A. MARRA
United States District Judge